# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION
# CIVIL ACTION NO. 1:09CV-00106-TBR

**JASON DEAN BORDEN**                                                       **PETITIONER**

**VS.**

**NANCY DOOM, Warden**                                                     **RESPONDENT**

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Borden's petition for writ of habeas corpus is **DENIED**.

A Certification of Appealability is **DENIED**.

Copies to:     Petitioner, *pro se*
                  Counsel of Record